UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VISALIA COMMUNITY BANK, a California corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>COUNTRYWIDE HOME LOANS, INC. (f.k.a. Countrywide Funding Corporation), a New York Corporation; BANK OF AMERICA CORPORATION, a Delaware Corporation,<br><br>        Defendants. | Case No. 1:09-CV-00942-OWW-GSA<br><br>**ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)1)** |

Based on the stipulations of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, each party to bear its own fees and costs.


Dated: October 27, 2009        /s/ OLIVER W. WANGER__
                                                United States District Judge


Respectfully submitted:
Campagne, Campagne & Lerner
A Professional Corporation

By:  /s/ Thomas E. Campagne
     Airport Office Center
     1685 North Helm Avenue
     Fresno, California 93727
     Telephone: (559) 255-1637
     Facsimile: (559) 252-9617

     Attorneys for Plaintiff: Visalia Community Bank